

# In The
# Court of Appeals
# Sixth Appellate District of Texas at Texarkana

_____

## No. 06-09-00022-CV

_____


JAMES L. TALIAFERRO, ROBERT K. TALIAFERRO,
AND GARY DUMAS, TRUSTEE OF THE
AMY DUMAS FAMILY TRUST, Appellants

V.

CONNIE PERRYMAN, Appellee

---

On Appeal from the 4th Judicial District Court
Rusk County, Texas
Trial Court No. 2007-152

---


Before Morriss, C.J., Carter and Moseley, JJ.
Memorandum Opinion by Justice Carter

MEMORANDUM OPINION

James L. Taliaferro filed a motion to dismiss his appeal because a new trial had been granted. Thereafter, we determined that two other parties had also filed notices of appeal. We contacted those parties to determine whether they concurred in the dismissal. Although the other parties have not filed their own motions to dismiss, they have not indicated any disagreement with that result.

We have now received a copy of the order granting new trial. It is apparent that as a result of that order, the previously appealed from judgment is not final. We have jurisdiction over only appeals from final judgments. *Lehmann v. Har-Con Corp.*, 39 S.W.3d 191, 195 (Tex. 2001). Therefore, this Court is without jurisdiction to hear this appeal.

We dismiss the appeal for want of jurisdiction.


Jack Carter
Justice

Date Submitted:     May 27, 2009
Date Decided:       May 28, 2009

2